**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Brayam G.,

Petitioner,

v.

DAVID EASTERWOOD, *Director of St. Paul Enforcement and Removal Operations, Immigration and Customs Enforcement*; MARKWAYNE MULLIN,[1] *Secretary of the Department of Homeland Security*; MIKE STASKO, *Administrator of the Freeborn County Jail*; TODD LYONS, *Acting Director, U.S. Immigration and Customs Enforcement*; PAMELA BONDI, *Attorney General of the United States*,

Respondents.

No. 26-cv-1985 (KMM/SGE)

**ORDER**

---

This matter is before the Court on Petitioner Brayam G.'s Second Petition for a Writ of Habeas Corpus (Dkt. 1). The Petition challenges Brayam G.'s continued detention, which was the subject of a previous habeas petition that was considered and denied by Judge Daniel M. Traynor of the United States District Court for the District of North Dakota, during his extrajudicial service in this District. Because the Petition presently before the Court alleges facts and raises claims that overlap with those in Brayam G.'s

[1] When the habeas petition was filed on March 23, 2026, Kristi Noem was the Commissioner of the Social Security Administration and was named as the defendant in this action. (Dkt. 1.) Markwayne Mullin became the Secretary of the U.S. Department of Homeland Security on March 24, 2026, and has been substituted as a defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

previous petition, the Court finds it appropriate for the case to be transferred to the District of North Dakota for reassignment to Judge Traynor.

Accordingly, **IT IS HEREBY ORDERED THAT** this matter is **TRANSFERRED** to the District of North Dakota for reassignment to Judge Traynor. The Clerk of Court is directed to effectuate the transfer without delay.

Date: April 3, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge